Law Offices of
**Susan K. Marcus**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

January 30, 2019

**BY ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *United States* v. *Juan Betancourt*, 16 Cr. 681 (WHP)

Dear Judge Pauley:

    A status conference is set for Thursday, January 31, 2019, at 11:00am regarding Mr. Betancourt's violation of supervised release. His state matter has not yet been resolved, and his next court date in state court was adjourned to February 1, 2019. Therefore, I request an adjournment of the conference until next week or the week after, at the Court's convenience. I cannot do February 8 or 13, 2019.

    Mr. Betancourt's Probation Officer, Washington Herrera and AUSA Jacob Warren consent to the adjournment.

    Thank you for your consideration of this request.

                                          Sincerely,

                                          /s/ Susan K. Marcus
                                          Susan K. Marcus, Esq.
                                          Attorney for Juan Betancourt