Law Firm of
**Susan K Marcus, LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆E: susan@skmarcuslaw.com

September 23, 2020

**BY ECF**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States* v. *Juan Betancourt*, 16 Cr. 681 (WHP)

Dear Judge Pauley:

    A status conference is set for September 24, 2020 in this matter. We request that the matter be adjourned until after Mr. Betancourt's state court appearances, the last of which is set for November 9, 2020. We request that the Court set the status conference for November 19, 2020 at 3:00pm.

    Probation Officer Washington Hernandez and AUSA Jacob Warren consent to the adjournment.

    Thank you for your consideration of this request.

    Sincerely,

    /s/ Susan K. Marcus
    Susan K. Marcus, Esq.
    Attorney for Juan Betancourt

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

September 23, 2020